■ FIREMAN'S FUND INSURANCE COMPANY, Appellant, v VILLAGE OF LAKE SUCCESS, Respondent. [822 NYS2d 731]—

In a subrogation action, in effect, to recover the sum of $233,471.91 paid to the subrogor insured for property damage incurred on February 14, 2004, the plaintiff appeals from an order of the Supreme Court, Nassau County (O'Connell, J.), dated

October 11, 2005, which granted the defendant's motion to dismiss the action as time-barred.

Ordered that the order is affirmed, with costs.

The statute of limitations was not tolled for the period between the defendant's demand for a hearing pursuant to General Municipal Law § 50-h and the hearing (*see Baez v New York City Health & Hosps. Corp.*, 168 AD2d 529, 530 [1990], *affd* 80 NY2d 571 [1992]; *Mignott v New York City Health & Hosps. Corp.*, 250 AD2d 165, 171 [1998]; *Cinqumani v County of Nassau*, 28 AD3d 699 [2006]). Further, there is no basis to apply the doctrine of equitable estoppel to the defendant (*see Spirig v Evans*, 26 AD3d 425 [2006]; *Bennett v Metro-North Commuter R.R.*, 231 AD2d 662 [1996]). Ritter, J.P., Goldstein, Rivera and Spolzino, JJ., concur.